UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ESSEX COUNTY, NEW JERSEY

      Defendants.

Civ. Action No. 09-2772 (KSH)

**ORDER**

**Katharine S. Hayden, U.S.D.J.**

For the reasons articulated in the Opinion filed herewith, and good cause appearing,

It is on this 16th day of February, 2010,

**ORDERED** that defendant Essex County's motion to dismiss [D.E. 6] plaintiff United States of America's complaint [D.E. 1] is **denied**.

      /s/Katharine S. Hayden

      Katharine S. Hayden, U.S.D.J.